Kenneth A. Green, for appellant; Ryan & Austin, and R. G. Real, City Attorney, for appellee; Willis P. Ryan, of counsel. Opinion by PRESIDING JUSTICE REYNOLDS. Not to be published in full. Opinion filed February 25, 1954; released for publication March 15, 1954.

## Robert G. Allen, Plaintiff-Appellee, v. Earl Byers, Defendant-Appellant.

### Gen. No. 9,920.   (Abstract of Decision.)

Gumbart, Grigsby & Gumbart, for appellant; Leonard C. Berry and Ellis E. Leighty, for appellee. Opinion by PRESIDING JUSTICE REYNOLDS. Not to be published in full. Opinion filed February 25, 1954; released for publication March 15, 1954.

## People of State of Illinois, Plaintiff-Defendant in Error, v. Walter Carter, Jr., Defendant-Plaintiff in Error.

### Gen. No. 9,899.   (Abstract of Decision.)